## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MFC REAL ESTATE LLC,**

     **Plaintiff,**

**vs.**                  **Case No. 8:12-cv-317-T-27TGW**

**BLACK HORSE VENTURES L.P., et al.,**

     **Defendants.**

_____/

### FINAL JUDGMENT OF FORECLOSURE

THIS MATTER came before the Court upon the Plaintiff's Motion for the Entry of Final Judgment of Foreclosure on Count I (the "Motion") filed by plaintiff, MFC Real Estate, LLC ("Lender") and against Cheval Golf Club, LLC ("Cheval"), Cheval Property Owners' Association, Inc. ("CPOA"), Florida Department of Revenue ("FDOR"), Cheney Bros. Inc. ("Cheney"), Arc Development, Inc. ("Arc") and LKJ Management Services, LLC ("LKJ Management") (collectively, the "Foreclosure Defendants").

This matter arises from Lender's loan to Black Horse Ventures Limited Partnership ("Borrower") and Borrower's default on the terms of the loan.  On or about October 24, 2007, Borrower and Metro Funding Corp. ("Metro Funding") executed a Loan Agreement which, among other things, evidenced the terms of a loan to Borrower in the principal amount of $3,400,000.00 (the "Loan") (the "Loan Agreement").  *See* Verified Complaint at Exhibit A.

On or about October 24, 2007, Borrower executed and delivered to Metro Funding a Promissory Note (the "Note") in the principal amount of $3,400,000.00.  On or about October 24, 2007, Borrower executed and delivered to Metro Funding a Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing (the "Mortgage"), which granted a security

interest in (a) certain real property as described therein (the "Real Property"), and (b) certain personal property as described therein (the "Personal Property").  The Mortgage was recorded at Official Records Book 18221, Page 1727 of the Public Records of Hillsborough County, Florida under Instrument Number 2007465915.  The Real Property and the Personal Property are hereinafter collectively referred to as the "Collateral."  *See* Verified Complaint at Exhibits B and C.  The Collateral is more particularly described in **Exhibits A and B** attached hereto.

On or about October 24, 2007, to secure payment of the Loan, Borrower executed and delivered to Metro Funding an Assignment of Contracts, Licenses, Permits, Warranties and Other Property, pursuant to which Borrower assigned to Metro Funding all of its right, title, and interest in, to, and under certain contracts and other personal property more fully described therein (the "Assignment of Contracts").  *See* Verified Complaint at Exhibit E.

On or about October 24, 2007, Metro Funding executed and delivered to MFC Funding, LLC ("MFC Funding") an Assignment of Mortgage, pursuant to which Metro Funding assigned to MFC Funding all of Metro Funding's right, title, and interest in, to, and under the Mortgage (the "First Assignment").  The First Assignment was recorded at Official Records Book 18221, Page 1808 of the Public Records of Hillsborough County, Florida under Instrument Number 2007465921.  *See* Verified Complaint at Exhibit F.

On or about January 20, 2011, Metro Funding executed a First Allonge to Note, which provided that the Note was payable to the order of MFC Funding (the "First Allonge").  On or about January 20, 2011, Metro Funding executed a First Assignment of Loan Documents, pursuant to which Metro Funding assigned to MFC Funding all of Metro Funding's right, title, and interest in and to (a) the Loan Documents (as defined therein), and (b) all obligations in, to, and under all other documents, agreements, guaranties, promissory notes, security deeds, forbearance agreements, financing statements, surveys, appraisals, insurance endorsements, and other documentation relating

to the Loan (the "First Assignment of Loan Documents"). *See* Verified Complaint at Exhibit G.

On or about January 20, 2011, MFC Funding executed a Second Allonge to Note, which provided that the Note was payable to the order of Lender (the "Second Allonge"). On or about January 20, 2011, Metro Funding executed and delivered to MFC Funding a Second Assignment of Mortgage, pursuant to which Metro Funding assigned to MFC Funding all of Metro Funding's right, title, and interest in, to, and under the Mortgage (the "Second Assignment"). The Second Assignment was recorded at Official Records Book 20361, Page 1223 of the Public Records of Hillsborough County, Florida under Instrument Number 2011054801. *See* Verified Complaint at Exhibit H.

On or about January 20, 2011, MFC Funding executed a Second Assignment of Loan Documents, pursuant to which MFC Funding assigned to Lender all of MFC Funding's right, title, and interest in and to (a) the Loan Documents (as defined therein), and (b) all obligations in, to, and under all other documents, agreements, guaranties, promissory notes, security deeds, forbearance agreements, financing statements, surveys, appraisals, insurance endorsements, and other documentation relating to the Loan (the "Second Assignment of Loan Documents"). *See* Verified Complaint at Exhibit I.

On or about January 20, 2011, MFC Funding executed and delivered to Lender a Third Assignment of Mortgage, pursuant to which MFC Funding assigned to Lender all of MFC Funding's right, title, and interest in, to, and under the Mortgage (the "Third Assignment"). The Third Assignment was recorded at Official Records Book 20361, Page 1507 of the Public Records of Hillsborough County, Florida under Instrument Number 2011054981. *See* Verified Complaint at Exhibit J.

The following financing statements have been filed or recorded in connection with the Loan (together, the "Financing Statements"):

a.      On November 26, 2007, a financing statement filed at File No. 200707079657 with the Florida Secured Transaction Registry; and

b.      On October 31, 2007, a financing statement recorded at Official Records Book 18221, Page 1890 of the Public Records of Hillsborough County, Florida under Instrument Number 2007465954.

*See* Verified Complaint at Composite Exhibit K.

The Note, the First Allonge, and the Second Allonge are hereinafter collectively referred to as the "Note."  The Mortgage, the Assignment of Mortgage, the First Assignment of Mortgage, the Second Assignment of Mortgage, and the Third Assignment of Mortgage are hereinafter collectively referred to as the "Mortgage."  The First Assignment of Loan Documents and the Second Assignment of Loan Documents are hereinafter collectively referred to as the "Assignment."  The Loan Agreement, Note, the Mortgage, the Assignment of Contracts, the Assignment, and the Financing Statements are hereinafter collectively referred to as the "Loan Documents."  Lender owns and holds the Loan Documents.

Borrower defaulted on its obligations under the Loan Documents, and Lender filed a Verified Complaint in this case.  In Count I of the Verified Complaint, Lender seeks foreclosure of the Collateral under the Loan Documents and applicable law.  Lender and Cheval filed the *Supplemental Settlement Stipulation, Joint Motion to Approve Entry of Order Approving Same and Consent to Entry of Partial Summary Judgment* (D.E. 41) ("Cheval Stipulation"), in which Cheval agreed that Lender is entitled to the immediate entry of a partial foreclosure judgment.  *See* Cheval Stipulation at ¶ 4.  On July 3, 2012, a Partial Judgment of Foreclosure was entered against Cheval (D.E. 46).  Pursuant to the *Joint Stipulation and Motion Between Plaintiff and Defendant, Cheval Property Owners' Association, Inc.*, between Lender and CPOA (D.E. 58), on November 21, 2012 (the "Association Stipulation"), a Partial Judgment of Foreclosure was entered against CPOA (D.E. 63).  Pursuant to the *Joint Stipulation and Motion Between Plaintiff and Defendant, LKJ Management*

*Services, LLC* (D.E. 77), on April 16, 2013, a Partial Judgment of Foreclosure was entered against LKJ Management (D.E. 79).  On August 7, 2012, a Clerk's Default was entered against FDOR, Cheney, and Arc, and then on May 24, 2013, a Partial Judgment of Foreclosure was entered against FDOR, Cheney and Arc (D.E. 85).

Pursuant to the *Joint Stipulation of Dismissal Between Plaintiff and Defendant Alto Construction Company, Inc.* (D.E. 57), on November 21, 2012, this Court entered an endorsed order granting the Stipulation filed between Plaintiff and Alto, and the Court instructed that the claims against Alto are dismissed with prejudice and that the Clerk of Court was directed to terminate Alto as a defendant (D.E. 64).  Pursuant to a settlement agreement between Plaintiff and Black Horse and an *Assignment of Loan, Note, Mortgage and Loan Documents* by Black Horse in favor of Lender, on May 22, 2013, this Court entered an Order dismissing Black Horse from Count I of the Amended Complaint (D.E. 84).

The Court has subject matter jurisdiction over Count I of the Verified Complaint and personal jurisdiction over Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management pursuant to 28 U.S.C. § 1332.  Venue is proper in the United States District Court for the Middle District of Florida.

Upon review of the Cheval Stipulation and other pleadings, it is ORDERED:

1.      Lender is entitled to a Final Judgment of Foreclosure in its favor on Count I of the Verified Complaint against Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management.  There are no genuine issues of material fact as to Count I of the Verified Complaint with respect to Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management.  Any defenses, setoffs, or claims to the *in rem* relief sought under Count I of the Verified Complaint which could have been asserted by Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management have been waived or have failed as a matter of law.

2.     The mortgage liens on the Collateral are validly held and properly maintained in favor of Lender as security for payment of the total sums specified in paragraph 3 below.  The liens of Lender upon the Collateral are superior in dignity to any right, title, interest, estate, or claim of Cheval, CPOA (CPOA claims no interest in the Collateral), FDOR, Cheney, Arc and/or LKJ Management or anyone claiming by or through or under Cheval, CPOA, FDOR, Cheney, Arc and/or LKJ Management.  However, neither the Association Stipulation nor this Judgment shall extinguish or otherwise affect that certain Final Judgment, recorded at Official Records Book 19701, Page 825, or that certain Notice Regarding Final Judgment recorded at Official Records Book 20167, Page 1438, all of the public records of Hillsborough County, Florida; however, CPOA claims no interest in the Collateral.

3.     As of July 16, 2013, Lender is owed the following sums under the Loan Documents:

| | |
|---|---|
| Principal Loan Balance | $2,635,602.75 |
| Interest from 2/1/10 to 3/27/12 | $1,264,306.07 |
| Interest from 3/28/12 to 5/31/12 (@ $1,733.00 per diem) | $112,644.95 |
| Interest from 6/1/12 to 7/16/2013 (411 days @ $1,733.33 per diem) | $712,398.63 |
| Other Fees | $46,483.38 |
| Real Property Taxes paid by Plaintiff (for 2009) | $92,285.04 |
| Real Property Taxes paid by Plaintiff (for 2010) | $78,995.19 |
| Agreed Attorneys' Fees and Costs | $25,000.00 |
| Sub-Total | $4,967,716.01 |
| Less:  Partial Payment | $25,000.00 |
| Plus:  Agreed Additional Fees per Stipulation | $10,000.00 |
| **Total** | **$4,952,716.01** |

plus additional interest owing under the Loan Documents through the date of a foreclosure sale hereunder and additional actual reasonable attorneys' fees, charges, and expenses or other fees due under the terms of the Loan Documents or Florida law that have been incurred by Lender to date and which are recoverable pursuant to the terms of the Cheval Stipulation and Settlement Agreement with Borrower.

4.      The United States Marshal (the "Marshal") or, at Lender's option consistent with the Cheval Stipulation, a special master requested by Lender in a separate motion (the "Master") pursuant to Federal Rule of Civil Procedure 53, shall sell the Collateral, in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002, at a public sale, for cash in hand, to the highest bidder, at the front door of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, FL 33602, during the legal hours of sale, on such date and time as agreed to by Plaintiff and the Marshal or Master (the "Foreclosure Sale").  The Marshal or Master shall give public notice of the time and place of such sale, pursuant to 28 U.S.C. § 2002, by publication in a newspaper published in Hillsborough County, once a week for four (4) consecutive weeks, beginning not less than twenty-eight (28) days from the date of sale.  The Marshal or Master shall conduct the foreclosure pursuant to the terms of this Judgment, the provisions of 28 U.S.C. §§ 2001 and 2002, and, if applicable, the Order appointing the Special Master.

5.      Lender may be a bidder and purchaser of the Collateral at the sale.  If Lender is the purchaser, the Marshal or Master shall credit Lender's bid with the total sums due as set forth in Paragraph 3 above, including any interest, attorneys' fees, and costs incurred by Lender subsequent to entry of this Judgment ("Subsequent Costs"), or such part as is necessary to pay the bid in full. If Lender is not the purchaser at the sale, Lender shall be reimbursed from the proceeds of the sale, so far as they are sufficient, by the Marshal or Master for its Subsequent Costs.  Lender shall provide evidence of its actual reasonable attorneys' fees and other charges, expenses, or other fees incurred

by Lender in this action by an affidavit filed with the Court and served upon Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management, or each party's respective counsel if it had representation in this matter, at least two (2) business days before the foreclosure sale.

6.      The highest bidder for the Collateral shall be required to pay the cost of the documentary stamps and any recording fees in accordance with any state, county, or local laws. If a successful bidder other than Lender fails to pay the entire bid amount by the deadline established by the Marshal or Master, Lender shall, upon a motion filed within ten (10) days after the sale, be entitled to have the sale of the Collateral set aside and rescheduled pursuant to the terms of this Judgment.

7.      Promptly upon the sale of the Collateral, the Marshal or Master shall make a report of the sale to this Court for an Order confirming the sale.  Upon such confirmation by the Court and receipt of the full purchase price of the sale, the Marshal or Master shall deliver a Marshal's Deed or Master's Deed to the successor bidder conveying the Collateral, which shall be substantially in the form of a quit-claim deed.  Thereafter, the purchaser at the sale and its heirs, representatives, successors, or assigns, shall without delay be let into the possession of the Collateral, or any part thereof, as conveyed at the sale.  The Marshal shall execute any writ of assistance issued by this Court at the written request of successful bidder.

8.      Upon the Marshal or Master certifying the sale to the Court, Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management, and all entities or persons claiming under or against Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management since the filing of the notice of lis pendens, shall be foreclosed of all interest, estate or claim in the Collateral and shall forever be barred and foreclosed of any and all equity or right of redemption in and to any of the Collateral.

9.      Upon confirmation of the sale and delivery of the Marshal's Deed or Master's Deed to the successful bidder, the Marshal or Master shall distribute the proceeds of the sale of the

Collateral, so far as they are sufficient, as follows:

      a.    To the Marshal or Master for its costs and expenses incurred in connection with this cause and the sale ordered above as authorized by this Judgment or applicable law, unless Lender has paid the same in which case Lender shall be entitled to receive those amounts as Subsequent Costs as provided below in ¶ 9.b.

      b.    To Lender, if not the purchaser of the Collateral at the sale, all amounts adjudged herein to be due and owing, including the Subsequent Costs of these proceedings.

      c.    To the entity or person who advanced the sums, any sums due under any receiver certificate issued by a duly-appointed receiver.

      d.    The balance, if any, to be deposited in the registry of this Court, and in that event, the Clerk is directed within ten (10) days of the date of said deposit to give notice to Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management, in order that Cheval, CPOA, FDOR, Cheney, Arc and LKJ Management by motion or other pleading may make claim to any such surplus, which claims shall be determined by the Court.

10.    Lender is authorized, if it desires and in its sole discretion, to assign its rights in and to this Judgment, without further order from this Court, by providing the Marshal or Master with an assignment of the rights to the Judgment, and such entity or person shall be entitled to credit its bid with the total sum with interest and cost accruing subsequent to this Judgment, or such part of it, as is necessary to pay the bid in full.

11.    The address for Lender is c/o Chris Ferguson, TriMont Real Estate Advisors, Assistant Vice President, Special Assets Management, 3424 Peachtree Rd., Suite 2200, Atlanta, GA 30326.

12.    The address for Cheval Golf Club, LLC, is 1247 South Pinellas Avenue, Tarpon Springs, FL  34689.

13.     The address for Cheval Property Owners' Association, Inc., is 4142 Cheval Blvd., Lutz, FL 33558.

14.     The address for Florida Department of Revenue is c/o Executive Director, 2450 Shumard Oak Blvd., Tallahassee, FL 32399.

15.     The address for Cheney Bros. Inc., is One Cheney Way, Riviera Beach, FL 33404-7000.

16.     The address for Arc Development, Inc., is 5311 Falkenburg Road, Suite D-20, Tampa, FL 33610.

17.     The address for LKJ Management Services, LLC, is 4704 Rue Bordeaux, Lutz, FL 33558 or 4142 Cheval Blvd., Lutz, FL 33558.

18.     This Court retains jurisdiction of this case for the entry of such further orders as they may appear to it to be just and equitable, including, but not limited to, the entry of an amended foreclosure judgment pursuant to the terms of the Cheval Stipulation and entry of an order re-foreclosing omitted interests.

19.     The Clerk is directed to CLOSE the file.

**DONE and ORDERED** this 24th day of July, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies furnished to:
Counsel of Record

**EXHIBIT A**

CHEVAL GOLF COURSE - HOLES 1, 10, 11 & 12 (FORMERLY HOLES 1, 2, 3 & 10)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTIONS 8 AND 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF LOT 1, CHEVAL BOULEVARD ESTATE LOTS EAST, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 73, PAGE 12, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE ALONG THE SOUTHERLY BOUNDARY OF LOTS 1 THROUGH 9 INCLUSIVE, OF SAID CHEVAL BOULEVARD ESTATE LOTS EAST THE FOLLOWING TEN (10)-COURSES: 1) N.76°30'28"E., 200.00 FEET; 2) N.02°40'53"W., 94.66 FEET; 3) N.18°56'23"E., 110.74 FEET; 4) N.47°00'00"E., 525.56 FEET; 5) N.83°49'17"E., 88.13 FEET; 6) S.75°00'00"E., 251.54 FEET; 7) S.89°39'38"E., 315.83 FEET; 8) N.00°20'22"E., 130.00 FEET; 9) N.76°32'44"E., 374.75 FEET; 10) N.40°56'19", 728.93 FEET TO A POINT ON THE SOUTHERLY BOUNDARY OF LOT 13, BLOCK 11, CHEVAL POLO AND GOLF CLUB PHASE FIVE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 72, PAGE 41, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE S.84°12'03"E., 191.34 FEET ALONG SAID SOUTHERLY BOUNDARY TO THE SOUTHWEST CORNER OF LOT 4, BLOCK 2, CANNES VILLAGE REVISED, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 73, PAGE 5, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE N.88°07'39"E., 750.00 FEET ALONG THE SOUTHERLY OF LOTS 1 TO 4 INCLUSIVE, BLOCK 2 OF SAID CANNES VILLAGE REVISED AND THE SOUTHERLY BOUNDARY OF LOT 25, CANNES VILLAGE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 69, PAGE 38, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA TO THE SOUTHEAST CORNER OF SAID LOT 25; THENCE N.01°23'39"E., 52.35 FEET ALONG THE EAST BOUNDARY OF SAID LOT 25 TO THE SOUTHWEST CORNER OF LOT 6, BLOCK 1 OF SAID CANNES VILLAGE REVISED; THENCE ALONG THE SOUTHERLY AND EASTERLY BOUNDARY OF LOTS 1 THROUGH 6 INCLUSIVE, BLOCK 1, OF SAID CANNES VILLAGE REVISED THE FOLLOWING THREE (3) COURSES; 1) N.87°16'07"E., 212.68 FEET; 2) N.37°33'32"E., 369.25 FEET; 3) N.21°47'02"E., 337.80 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD THE FOLLOWING FOUR (4) COURSES; 1) SOUTHEASTERLY, 464.59 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1320.00 FEET, A CENTRAL ANGLE OF 20°09'57", AND A CHORD BEARING AND DISTANCE OF S.63°03'20"E., 462.19 FEET TO A POINT OF TANGENCY; 2) S.52°58'22"E., 285.39 FEET TO A POINT OF CURVATURE; 3) SOUTHEASTERLY, 200.93 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CENTRAL ANGLE OF 24°29'40", AND A CHORD BEARING AND DISTANCE OF S.40°43'32"E., 199.40 FEET TO A POINT OF REVERSE CURVATURE; 4) SOUTHEASTERLY, 75.28 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 530.00 FEET, A CENTRAL ANGLE OF 08°08'16", AND A CHORD BEARING AND DISTANCE OF S.32°32'50"E., 75.21 FEET; THENCE S.35°53'35"W., 280.00 FEET; THENCE S.76°47'27"W., 100.00 FEET; THENCE S.18°08'47"E., 212.33 FEET; THENCE S.44°09'36"E., 315.69 FEET TO THE WESTERLY BOUNDARY OF CHATEAUX LOIRE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 71, PAGE 12, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE S.45°50'24"W., 506.50 FEET ALONG SAID WESTERLY BOUNDARY; THENCE S.12°20'24"W., 348.18 FEET ALONG SAID WESTERLY BOUNDARY TO A POINT ON A CURVE; THENCE SOUTHWESTERLY, 510.32 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 500.00, A CENTRAL ANGLE OF 58°28'44", AND A CHORD BEARING AND DISTANCE OF S.36°19'34"W., 488.46 FEET TO A POINT OF TANGENCY; THENCE S.07°05'12"W., 448.69 FEET TO THE NORTHEASTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG THE NORTHEASTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD THE FOLLOWING THREE (3) COURSES: 1)N.52°38'44"W., 438.18 FEET TO A POINT OF CURVATURE; 2) NORTHWESTERLY, 182.28 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 430.00 FEET, A CENTRAL ANGLE OF 24°17'18", AND A CHORD BEARING AND DISTANCE OF N.64°47'23"W., 180.92 FEET TO A POINT OF REVERSE CURVATURE; 3) NORTHERLY, 36.52 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS 25.00 FEET, A CENTRAL ANGLE OF 83°41'28", AND A CHORD BEARING AND DISTANCE OF N.35°05'18"W., 33.36 FEET TO A POINT ON A CURVE AT THE SOUTHWEST CORNER OF LOT 1, BLOCK 3 OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE·A; THENCE ALONG THE SOUTHERLY AND EASTERLY BOUNDARIES OF LOTS 1 THROUGH 4 INCLUSIVE, BLOCK 3, OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A THE FOLLOWING (4) COURSES: 1)

SOUTHEASTERLY, 200.39 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 452.93 FEET, A CENTRAL ANGLE OF 25°20'59", AND A CHORD BEARING AND DISTANCE OF S.67°24'14"E., 198.76 FEET; 2) N.35°16'15"E., 219.41 FEET; 3) N.24°52'26"E., 415.87 FEET; 4) N.09°25'O5"E., 248.75 FEET; THENCE N.27°56'33"E., 103.82 FEET; THENCE N.38°59'14"E., 114.78 FEET; THENCE N.60°11'24"W., 156.28 FEET; THENCE S.65°54'38"W., 35.00 FEET TO THE MOST NORTHEASTERLY CORNER OF LOT 5, BLOCK 3 OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A; THENCE ALONG THE EASTERLY AND NORTHERLY BOUNDARIES OF LOTS 6 THROUGH 8 INCLUSIVE, BLOCK 3, OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A THE FOLLOWING THREE (3) COURSES: 1) N.37°21'44"W., 248.76 FEET; 2) N.49°08'28"W., 323.63 FEET; 3) S.64°02'52"W., 373.42 FEET TO THE NORTHEAST CORNER OF LOT 30, BLOCK 2, BIARRITZ VILLAGE ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 66, PAGE 34, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY BOUNDARY OF SAID BIARRITZ VILLAGE THE FOLLOWING FIVE (5) COURSES; 1) N.40°07'29"W., 380.36 FEET; 2) S.88°07'39"W., 380.00 FEET; 3) S.30°47'59"W., 640.00 FEET; 4) S.86°15'44"W., 760.00 FEET 5) S.43°59'30"W., 615.00 FEET TO THE NORTHEAST CORNER OF LOT 1, BLOCK 8, CHEVAL POLO AND GOLF CLUB PHASE THREE - AVENUE CAPRI I AND II, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 69, PAGE 53, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY BOUNDARY OF SAID CHEVAL POLO AND GOLF CLUB PHASE THREE - AVENUE CAPRI I AND II THE FOLLOWING (3) COURSES: 1) S.74°33'05"W., 475.66 FEET; 2) N.19°42'51"W., 167.80 FEET; 3) S.76°30'28"W., 221.95 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE NORTHERLY, 15.00 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 630.00 FEET, A CENTRAL ANGLE OF 01°21'52", AND A CHORD BEARING AND DISTANCE OF N.14°10'28"W., 15.00 FEET ALONG SAID EASTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING.

TOGETHER WITH:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 5, BLOCK 3, OF CHEVAL POLO & GOLF CLUB PHASE ONE-A AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, THENCE ALONG THE EASTERLY BOUNDARY OF SAID LOT 5, N.10°49'08"W., 248.76 FEET TO THE NORTHEAST CORNER OF SAID LOT 5, THENCE N.65°54'38"E., 35.00 FEET, THENCE S.60°11'24"E., 156.28 FEET, THENCE S.38°59'14"W., 114.78 FEET, THENCE S.27°56'33"W., 103.82 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 5, BLOCK 3, OF CHEVAL POLO & GOLF CLUB PHASE ONE-A, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, THENCE ALONG THE EASTERLY BOUNDARY OF SAID LOT 5, N.10°49'08"W., 248.76 FEET TO THE NORTHEAST CORNER OF SAID LOT 5, THENCE N.65°54'38"E., 35.00 FEET, THENCE S.60°11'24"E., 83.48 FEET, THENCE S.14°52'51"W., 224.66 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH:

BEGIN AT THE NORTHEAST CORNER OF SAID LOT 1, BLOCK 3, OF CHEVAL POLO AND GOLF CLUB PHASE ONE-A, THENCE ALONG THE EASTERLY LINE OF SAID LOT 1, BLOCK 3, S.35°15'40"W., 128.82 FEET; THENCE LEAVING SAID EASTERLY LINE N.18°57'14"E., 130.52 FEET TO A POINT ON THE NORTHERLY LINE OF SAID LOT 1, BLOCK 3; THENCE ALONG SAID NORTHERLY LINE, S.60°15'41"E., 36.82 FEET TO THE POINT OF BEGINNING ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 57, PAGE 59 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

LESS AND EXCEPT:

A PARCEL OF LAND LYING WITHIN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA; BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGIN AT THE SOUTHEAST CORNER OF LOT 1, BLOCK 3, CHEVAL POLO AND GOLF CLUB PHASE ONE-A, RECORDED IN PLAT BOOK 57, PAGE 59 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE EASTERLY

LINE OF SAID LOT 1, BLOCK 3, N.35°15'40"E., 90.60 FEET THENCE LEAVING SAID EASTERLY LINE; THENCE S.18°57'14"W., 95.11 FEET; THENCE N.52°39'19"W., 8.47 FEET TO A POINT OF CURVATURE; THENCE NORTHWESTERLY 18.25 FEET ALONG SAID CURVE CONCAVE TO THE SOUTHWEST, HAVING A RADIUS OF 452.93 FEET, A CENTRAL ANGLE OF 02°18'29" CHORD BEARING AND DISTANCE OF N.53°35'05"W., 18.24 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT:

THAT PART OF THE SOUTHEAST 1/4 OF SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF LOT 4, BLOCK 8, CHEVAL POLO AND GOLF CLUB PHASE THREE AVENUE CAPRI I AND II, AS RECORDED IN PLAT BOOK 69, PAGE 53, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ON THE EASTERLY PROLONGATION OF THE NORTHERLY BOUNDARY OF SAID LOT 4, N.59°20'25"E., 184.62 FEET; THENCE S.03°49'11"W., 114.51 FEET TO THE INTERSECTION WITH THE NORTHERLY BOUNDARY OF SAID LOTS 3 AND 4, BLOCK 8, S.74°32'30"W., 135.90 FEET TO A CORNER OF SAID LOT 4; THENCE ON THE WESTERLY BOUNDARY OF SAID LOTS 3 AND 4, BLOCK 8, N.19°43'26"W., 59.84 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT

THAT PART OF THE UNPLATTED CHEVAL POLO AND GOLF CLUB LOCATED NORTHEAST OF AND ADJACENT TO LOT 6, BLOCK 3, CHEVAL POLO AND GOLF CLUB PHASE ONE-A, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING THE MOST NORTHERLY AND WESTERLY CORNER OF SAID LOT 6; THENCE S.37°22'36"E., A DISTANCE OF 249.27 FEET, MEASURED (S.37°22'19"E., A DISTANCE OF 248.76 FEET RECORD) ALONG THE NORTHEASTERLY BOUNDARY OF SAID LOT 6; THENCE N.65°53'59"E., A DISTANCE OF 39.10 FEET; THENCE N.38°59'53"W., A DISTANCE OF 76.82 FEET; THENCE N.40°58'59"W., A DISTANCE OF 122.80 FEET; THENCE N.45°34'45"W., A DISTANCE OF 63.00 FEET; THENCE S.42°25'56"W., A DISTANCE OF 19.48 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL G -

A PORTION OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE SOUTHEAST CORNER OF LOT 25, CANNES VILLAGE, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 69, PAGE 38, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE N 01°23'39" E, 52.35 FEET ALONG THE EAST BOUNDARY OF SAID LOT 25 TO THE SOUTHWEST CORNER OF LOT 6, BLOCK 1, OF CANNES VILLAGE REVISED AS RECORDED IN PLAT BOOK 73, PAGE 5 IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE SOUTHERLY AND EASTERLY BOUNDARY OF LOTS 1 THROUGH 6 INCLUSIVE, BLOCK 1, OF SAID CANNES VILLAGE REVISED THE FOLLOWING THREE (3) COURSES; 1) N 87°16'07" E, 212.68 FEET; 2) N 37°33'32" E, 369.25 FEET; 3) N 21°47'02" E, 337.80 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD THE FOLLOWING FOUR (4) COURSES; 1) SOUTHEASTERLY 464.59 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1320.00 FEET A CENTRAL ANGLE OF 20°09'57", AND A CHORD BEARING AND DISTANCE OF S 63°03'20" E, 462.19 FEET TO A POINT OF TANGENCY; 2) S 52°58'22" E, 285.39 FEET TO A POINT OF CURVATURE; 3) SOUTHEASTERLY 200.93 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CENTRAL ANGLE OF 24°29'40", AND A CHORD BEARING AND DISTANCE OF S 40°43'32" E, 199.40 FEET TO A POINT OF REVERSE CURVATURE; 4) SOUTHEASTERLY 75.28 FEET ALONG

THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 530.00 FEET, A CENTRAL ANGLE OF 08°08'16", AND A CHORD BEARING AND DISTANCE OF S 32°32'50" E, 75.21 FEET; THENCE S 35°53'35" W, 280.00 FEET; THENCE S 76°47'27" W, 100.00 FEET; THENCE S 18°08'47" E, 155.78 FEET; THENCE S 82°11'28" W, 322.59 FEET; THENCE N 74°05'23" W, 352.51 FEET; THENCE N 62°58'33" W, 293.06 FEET; THENCE N 78°35'23" W, 248.77 FEET; THENCE N 01°23'39" E, 89.46 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLES 2, 3 & 4 (FORMERLY HOLES 11, 12 & 13)

BEGINNING AT THE SOUTHEAST CORNER OF SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST AND RUN THENCE N.89°35'34"W., 973.95 FEET ALONG THE SOUTH BOUNDARY OF SAID SECTION 8 TO THE SOUTHEAST CORNER OF LOT 7, BLOCK 6, CHEVAL POLO AND GOLF CLUB PHASE THREE - AVENUE CAPRI I AND II, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 69, PAGE 53, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE EASTERLY BOUNDARY OF LOTS 1 THROUGH 7, INCLUSIVE OF SAID BLOCK 6, N.19°12'16"E., 1057.22 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE EASTERLY, 318.83 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 459.87 FEET, A CENTRAL ANGLE OF 39°43'26", AND A CHORD BEARING AND DISTANCE OF N.82°54'01"E., 312.49 FEET ALONG SAID SOUTH RIGHT-OF-WAY LINE TO A POINT OF REVERSE CURVATURE; THENCE SOUTHEASTERLY, 44.29 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 25.00 FEET, A CENTRAL ANGLE OF 101°30'46", AND A CHORD BEARING AND DISTANCE OF S.66°12'18"E., 38.72 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO THE MOST NORTHERLY CORNER OF LOT 22, BLOCK 4, CHEVAL POLO AND GOLF CLUB PHASE TWO - AVENUE MONACO, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 67, PAGE 20, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE WESTERLY, SOUTHERLY AND EASTERLY BOUNDARY OF SAID BLOCK 4 OF CHEVAL POLO AND GOLF CLUB PHASE TWO - AVENUE MONACO THE FOLLOWING SIX (6) COURSES: 1) S.34°00'07"W., 318.08 FEET; 2) S.31°42'02"W., 734.49 FEET; 3) S.49°26'43"E., 184.10 FEET; 4) S.89°35'34"E., 442.93 FEET; 5) N.00°24'26"E., 135.51 FEET; 6) N.63°51'16"E., 614.11 FEET TO THE SOUTHWEST CORNER OF LOT 10, BLOCK 4, CHEVAL POLO AND GOLF CLUB PHASE ONE-A, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE SOUTHERLY AND EASTERLY BOUNDARY OF SAID BLOCK 4 OF CHEVAL POLO AND GOLF CLUB I PHASE ONE-A THE FOLLOWING SIX (6) COURSES: 1) S.60°55'27"E., 435.09 FEET; 2) S.68°46'40"E., 260.89 FEET; 3) N.82°37'12"E., 242.95 FEET; 4) N.74°33'05"E., 713.06 FEET; 5) N.16°44'33"E., 287.54 FEET; 6) N.15°14'23"E., 389.28 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE S.52°38'44"E., 422.52 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE; THENCE S.42°30'35"W., 200.00 FEET; THENCE S.07°30'35"W., 281.67 FEET; THENCE S.17°28'03"W., 347.40 FEET TO THE SOUTH BOUNDARY OF THE AFORESAID SECTION 9; THENCE N.89°18'27"W., 2087.18 FEET ALONG THE SOUTH BOUNDARY TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLE 5 (FORMERLY HOLE 14)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF LOT 14, BLOCK 3 OF CHEVAL POLO AND GOLF CLUB PHASE ONE-A, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE ALONG THE NORTHERLY BOUNDARY OF LOTS 14 THROUGH 21 INCLUSIVE, BLOCK 3 OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A THE FOLLOWING FIVE (5) COURSES: 1) N.59°23'53"W., 271.71 FEET; 2) N.79°17'37"W., 667.25 FEET; 3) S.82°09'42"W., 220.45 FEET; 4) S.77°48'13"W., 673.16 FEET; 5) S.03°50'01"W., 85.00 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF CHEVAL TRAIL SOUTH; THENCE WESTERLY, 50.10 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 537.73 FEET, A CENTRAL ANGLE OF 05°20'19", AND

A CHORD BEARING AND DISTANCE OF N.88°50'09"W., 50.09 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO A POINT OF REVERSE CURVATURE; THENCE NORTHWESTERLY, 40.07 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 25.00 FEET, A CENTRAL ANGLE OF 91°50'40", AND A CHORD BEARING AND DISTANCE OF N.45°35'02"W., 35.92 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO A POINT OF TANGENCY ON THE EAST RIGHT-OF-WAY LINE OF AVENUE BIARRITZ (ALSO BEING THE WEST BOUNDARY OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST); THENCE N.00°20'22"E., 104.77 FEET ALONG SAID EAST RIGHT-OF-WAY LINE; THENCE ALONG THE SOUTHERLY BOUNDARY OF LOTS 1 THROUGH 26, BLOCK 2, BIARRITZ VILLAGE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 66, PAGE 34, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, THE FOLLOWING THREE (3) COURSES: 1) N.63°31'03"E., 756.00 FEET; 2) N.84°08'41"E., 650.00 FEET; 3) S.83°58'00"E., 291.44 FEET; THENCE ALONG THE WESTERLY AND SOUTHERLY BOUNDARY OF LOTS 12 AND 13, BLOCK 3 OF THE AFORESAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A THE FOLLOWING FOUR (4) COURSES: 1) S.00°41'33"W., 70.57 FEET; 2) S.44°22'28"E., 184.35 FEET; 3) S.23°47'32"W., 196.57 FEET; 4) S.59°23'53"E., 222.99 FEET TO THE WESTERLY RIGHT-OF-WAY LINE OF PEPPER PIKE; THENCE SOUTHWESTERLY, 15.01 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 207.78 FEET, A CENTRAL ANGLE OF 04°08'24", AND A CHORD BEARING AND DISTANCE OF S.28°31'56"W., 15.01 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLES 6 & 7 (FORMERLY HOLES 15 & 16)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FROM THE SOUTHWEST CORNER OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST AND RUN THENCE S.89°18'27"E., 2222.96 FEET ALONG THE SOUTH BOUNDARY OF SAID SECTION 9 TO THE POINT OF BEGINNING; THENCE N.17°28'03"E., 326.23 FEET; THENCE N.00°19'41"W., 215.56 FEET; THENCE N.68°10'47"E., 246.57 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE S.52°38'44"E., 98.55 ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO THE NORTHWEST CORNER OF LOT 6, BLOCK 2 OF THE AFORESAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A; THENCE ALONG THE WESTERLY AND SOUTHERLY BOUNDARY OF SAID BLOCK 2 OF CHEVAL POLO AND GOLF CLUB PHASE ONE-A THE FOLLOWING FIVE (5) COURSES: 1) S.02°43'46"W., 267.34 FEET; 2) S.83°12'58"E., 599.56 FEET; 3) S.69°14'48"E., 212.10 FEET; 4) N.89°45'47"E., 270.00 FEET; 6) N.72°07'45"E., 350.76 FEET TO THE SOUTHEAST CORNER OF LOT 1 AND BLOCK 2; THENCE N.56°53'21"E., 425.61 FEET TO THE WESTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID WESTERLY RIGHT-OF-WAY LINE THE FOLLOWING FOUR (4) COURSES: 1) SOUTHEASTERLY, 133.00 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 721.33 FEET, A CENTRAL ANGLE OF 10°33'50", AND A CHORD BEARING AND DISTANCE OF S.22°28'23"E., 132.81 FEET TO A POINT OF TANGENCY; 2) S.27°45'18"E., 283.00 FEET TO A POINT OF CURVATURE; 3) SOUTHEASTERLY, 132.31 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 280.00 FEET, A CENTRAL ANGLE OF 27°04'29", AND A CHORD BEARING AND DISTANCE OF S.41°17'32"E., 131.08 FEET; 4) S.35°10'13"W., 53.81 FEET TO A POINT ON THE SOUTH BOUNDARY OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST; THENCE N.89°18'27"W., 2383.47 FEET ALONG SAID SOUTH BOUNDARY TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL 'F'
LEGAL DESCRIPTION

A TRACT OF LAND LYING IN THE SOUTHEAST 1/4 OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, IN HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE SOUTHEAST CORNER OF LOT 1, BLOCK 2, IN CHEVAL POLO AND GOLF CLUB PHASE ONE-A, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY,

FLORIDA; THENCE NORTH 56°53'21" EAST, A DISTANCE OF 425.61 FEET TO A POINT ON THE WESTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID WESTERLY RIGHT-OF-WAY LINE THE FOLLOWING FOUR COURSES: (1) SOUTHEASTERLY, 133.00 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 721.33 FEET, A CHORD BEARING AND DISTANCE OF SOUTH 22°28'23" EAST, 132.81 FEET TO THE POINT OF TANGENCY; (2) THENCE SOUTH 27°45'18" EAST, 283.00 FEET TO A POINT OF CURVATURE; (3) SOUTHEASTERLY, 132.31 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 280.00 FEET, A CHORD BEARING AND DISTANCE OF SOUTH 41°17'32" EAST, 131.08 FEET; (4) THENCE SOUTH 35°10'13" WEST, 53.81 FEET TO A POINT ON THE SOUTH BOUNDARY OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST; THENCE NORTH 64°32'O4" WEST, 658.81 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLES 8 & 9 (FORMERLY HOLES 17 & 18)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FROM THE SOUTHEAST CORNER OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, RUN THENCE N.00°36'16"E., 94.51 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD AND THE POINT OF BEGINNING; THENCE ALONG THE NORTHERLY AND EASTERLY RIGHT-OF-WAY LINE OF SAID CHEVAL BOULEVARD THE FOLLOWING SEVEN (7) COURSES: 1) S.26°56'49"W., 18.55 FEET TO A POINT ON A CURVE; 2) NORTHWESTERLY, 135.53 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 220.00 FEET AND A CENTRAL ANGLE OF 35°17'53' (CHORD BEARING N.45°24'14"W., 133.40 FEET) TO A POINT OF TANGENCY; 3) N.27°45'18"W., 283.00 FEET TO A POINT OF CURVATURE; 4) NORTHERLY, 541.53 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 661.33 FEET AND A CENTRAL ANGLE OF 46°55'00" (CHORD BEARING N.04°17'48"W., 526.53 FEET) TO A POINT OF TANGENCY; 5) N.19°09'42"E., 368.80 FEET TO A POINT OF CURVATURE; 6) NORTHERLY, 1246.39 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 990.00 FEET AND A CENTRAL ANGLE OF 72°08'04" (CHORD BEARING N.16°54'20"W., 1165.69 FEET) TO A POINT OF TANGENCY; 7) N.52°58'22"W., 338.00 FEET; THENCE N.21°08'45"E., 536.88 FEET; THENCE S.89°23'44"E., 600.56 FEET TO THE EAST BOUNDARY OF SAID SECTION 9; THENCE S.00°36'16"W., 320.00 FEET ALONG SAID EAST BOUNDARY; THENCE N.89°25'50"W., 25.00 FEET; THENCE S.00°36'16"W., 1394.03 FEET ALONG A LINE LYING 25.00 FEET WEST OF AND PARALLEL WITH THE EAST BOUNDARY OF SAID SECTION 9; THENCE S.89°22'13"E., 25.00 FEET TO THE EAST BOUNDARY OF SAID SECTION 9; THENCE S.00°36'16"W., 1300.34 FEET ALONG SAID EAST BOUNDARY TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL 'D'
LEGAL DESCRIPTION

A PARCEL OF LAND LYING IN THE SOUTHEAST 1/4 OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHEAST 1/4 OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST; THENCE NORTH 00°36'16" EAST ALONG THE EAST BOUNDARY OF SAID SECTION 9, A DISTANCE OF 1394.85 FEET TO THE NORTHEAST CORNER OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SAID SECTION 9; THENCE NORTH 89°22'13" WEST A DISTANCE OF 25.00 FEET; THENCE NORTH 00°36'16" EAST PARALLEL WITH THE EAST BOUNDARY OF SAID SECTION 9 A DISTANCE OF 501.74 FEET TO THE POINT OF BEGINNING; THENCE NORTH 89°56'03" WEST A DISTANCE OF 132.13 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD PER PLAT BOOK 57, PAGE 59 IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG A CURVE TO THE LEFT ALONG SAID RIGHT-OF-WAY LINE WITH A ARC DISTANCE OF 368.42 FEET HAVING A RADIUS OF 990.00 FEET AND A CHORD BEARING AND DISTANCE NORTH 26°52'41" WEST, 366.30 FEET; THENCE NORTH 52°27'40" EAST

A DISTANCE OF 160.37 FEET; THENCE SOUTH 89°23'44" EAST A DISTANCE OF 175.04 FEET TO A POINT 25.00 FEET WEST OF THE EAST BOUNDARY OF SAID SECTION 9; THENCE SOUTH 00°36'16" WEST PARALLEL WITH THE EAST BOUNDARY OF SAID SECTION 9 A DISTANCE OF 422.77 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLE 13 (FORMERLY HOLE 4)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF LOT 26, BLOCK 6, CHEVAL POLO AND GOLF CLUB PHASE THREE - AVENUE CAPRI I AND II, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 69, PAGE 53, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY BOUNDARY OF LOTS 21 THROUGH 26 INCLUSIVE OF SAID BLOCK 6 THE FOLLOWING FIVE (5) COURSES: 1) N.83°38'55"W., 105.90 FEET; 2) S.57°39'20"W., 51.38 FEET; 3) S.75°33'56"W., 420.06 FEET; 4) S.84°26'48"W., 219.44 FEET; 5) N.89°33'30"W., 587.19 FEET TO THE WEST BOUNDARY OF THE EAST 1/2 OF SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST; THENCE N.00°19'44"E., 64.17 FEET ALONG SAID WEST BOUNDARY; THENCE S.89°40'16"E., 116.43 FEET; THENCE N.00°22'25"E., 522.35 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON; THENCE SOUTHEASTERLY, 171.08 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 546.50 FEET, A CENTRAL ANGLE OF 17°56'09", AND A CHORD BEARING AND DISTANCE OF S.71°01'44"E., 170.38 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A POINT OF REVERSE CURVATURE; THENCE SOUTHEASTERLY 29.31 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 518.65 FEET, A CENTRAL ANGLE OF 03°14'18", AND A CHORD BEARING AND DISTANCE OF S.63°40'48"E., 29.31 FEET TO THE NORTHWEST CORNER OF LOT 9, BLOCK 9, CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 8, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE S.02°50'36"E., 156.72 FEET ALONG THE WESTERLY BOUNDARY OF SAID LOT 9 TO THE SOUTHWEST CORNER THEREOF; THENCE S.70°24'08"E., 225.48 FEET ALONG THE SOUTHERLY BOUNDARY OF SAID BLOCK 9 OF CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON; THENCE S.83°38'49"E., 824.82 FEET ALONG SAID SOUTHERLY BOUNDARY OF BLOCK 9 TO THE WESTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE SOUTHEASTERLY, 58.44 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 690.00 FEET, A CENTRAL ANGLE OF 04°51'09", AND A CHORD BEARING AND DISTANCE OF S.13°21'24"E., 58.42 FEET ALONG SAID WESTERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING.

AND

TOGETHER WITH

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FROM THE NORTHWEST CORNER OF LOT 9, BLOCK 9, CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 8, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, RUN THENCE NORTHWESTERLY 29.31 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 518.65 FEET AND A CENTRAL ANGLE OF 03°14'18" (CHORD BEARING N.63°40'48"W., 29.31 FEET) ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON TO A POINT OF REVERSE CURVATURE; THENCE NORTHWESTERLY, 171.08 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 546.50 FEET AND A CENTRAL ANGLE OF 17°56'09" (CHORD BEARING N.71°01'44"., 170.38 FEET) ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING; THENCE S.00°22'25"W., 522.35 FEET; THENCE N.89°40'16"W., 116.43 FEET TO A POINT ON THE WEST BOUNDARY OF THE EAST 1/2 OF SAID SECTION 8; THENCE N.00°19'44"E.,

530.12 FEET ALONG SAID EAST BOUNDARY TO A POINT ON THE SOUTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON; THENCE S.89°40'16"E., 25.00 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A POINT OF CURVATURE; THENCE SOUTHEASTERLY, 92.28 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 546.50 FEET AND A CENTRAL ANGLE OF 09°40'28" (CHORD BEARING S.84°50'02"E., 92.17 FEET) ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL 'A'
LEGAL DESCRIPTION

A PARCEL OF LAND LYING IN SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST, ALL LYING AND BEING IN HILLSBOROUGH COUNTY, FLORIDA.

BEGIN AT THE SOUTHWEST CORNER OF LOT 9, BLOCK 9, CHEVAL POLO & GOLF CLUB PHASE 4, AVENUE AVIGNON, AS RECORDED IN PLAT BOOK 72, PAGE 8, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE NORTH 02°50'36" WEST ALONG THE WEST BOUNDARY OF SAID LOT 9, A DISTANCE OF 156.72 FEET TO THE NORTHWEST CORNER OF SAID LOT 9, ALSO BEING A POINT ON THE SOUTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON; THENCE NORTHWESTERLY ALONG SAID RIGHT-OF-WAY LINE 29.31 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 518.65 FEET, A CHORD BEARING OF NORTH 63°40'48" WEST AND A CHORD DISTANCE OF 29.31 FEET TO A POINT OF REVERSE CURVE, THENCE NORTHWESTERLY 171.08 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 546.50 FEET, A CHORD BEARING OF NORTH 71°01'44" WEST AND A CHORD DISTANCE OF 170.38 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE; THENCE SOUTH 00°22'25" WEST, A DISTANCE OF 185.00 FEET; THENCE SOUTH 78°36'10" EAST, A DISTANCE OF 200.53 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLES 14 & 15 (FORMERLY HOLES 5 & 6)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTIONS 8 AND 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF LOT 20, BLOCK 10, CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 8, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE WESTERLY, 143.58 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 596.50 FEET, A CENTRAL ANGLE OF 13°47'29", AND A CHORD BEARING AND DISTANCE OF N.73°54'54"W., 143.23 FEET ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON; THENCE N.00°22'25"E., 243.72 FEET; THENCE S.89°37'35"E., 326.59 FEET; THENCE N.52°20'50"E., 1211.89 FEET; THENCE S.56°12'52"E., 361.81 FEET; THENCE N.83°49'17"E., 166.97 FEET; THENCE S.51°00'00"E., 25.65 FEET; THENCE N.84°00'00"E., 250.00 FEET; THENCE N.53°48'17"E., 576.00 FEET; THENCE N.15°00'00"E., 148.57 FEET; THENCE N.12°02'05"E., 145.88 FEET; THENCE N.22°00'00"E., 81.28 FEET; THENCE N.57°00'00"E., 174.73 FEET; THENCE S.89°39'38"E., 83.33 FEET TO A POINT ON A CURVE; THENCE SOUTHEASTERLY, 101.24 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 1000.00 FEET, A CENTRAL ANGLE OF 05°48'02", AND A CHORD BEARING AND DISTANCE OF S.53°20'21"E., 101.20 FEET; THENCE S.15°00'00"W., 829.12 FEET IN PART ALONG THE WESTERLY BOUNDARY OF LOTS 1 AND 2, CHEVAL BOULEVARD ESTATE LOTS WEST, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 73, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE CONTINUE ALONG THE NORTHERLY BOUNDARY OF LOTS 3 THROUGH 11 INCLUSIVE, BLOCK 10 OF SAID CHEVAL BOULEVARD ESTATE LOTS WEST THE FOLLOWING SEVEN (7) COURSES: 1) S.79°30'00"W., 715.87 FEET; 2) S.70°00'00"W., 154.47 FEET; 3) S.74°00'00"W., 175.76 FEET; 4) S.67°00'00"W., 164.07 FEET; 5) S.56°00'00"W., 185.70 FEET; 6) S.54°03'18"W., 130.13 FEET; 7) S.45°40'28"W., 187.96 FEET TO THE NORTHWEST CORNER OF SAID LOT 11; THENCE S.45°40'28"W., 76.29 FEET TO THE NORTHEAST CORNER OF LOT 13, BLOCK 10 OF THE AFORESAID

CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON; THENCE ALONG THE NORTHERLY AND WESTERLY BOUNDARY OF LOTS 13 TO 20 INCLUSIVE, BLOCK 10 OF SAID CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON THE FOLLOWING THREE (3) COURSES: 1) S.81°54'39"W., 218.37 FEET; 2) N.83°38'49"W., 697.80 FEET; 3) S.06°21'11"W., 170.24 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 8, TOWNSHIP 27 SOUTH, RANGE 18 EAST, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FROM THE NORTHWEST CORNER OF LOT 9, BLOCK 9, CHEVAL POLO AND GOLF CLUB PHASE FOUR - AVENUE AVIGNON, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 8, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, RUN THENCE NORTHWESTERLY 29.31 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 518.65 FEET AND A CENTRAL ANGLE OF 03°14'18" (CHORD BEARING N.63°40'48"W., 29.31 FEET) ALONG THE SOUTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON TO A POINT OF REVERSE CURVATURE; THENCE NORTHWESTERLY, 171.08 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 546.50 FEET AND A CENTRAL ANGLE OF 17°56'09" (CHORD BEARING N.71°01'44"., 170.38 FEET) ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE; THENCE N.00°22'25"E., 50.65 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON, AND THE POINT OF BEGINNING; THENCE NORTHWESTERLY 92.51 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 596.50 FEET AND A CENTRAL ANGLE OF 08°53'09" (CHORD BEARING N.85°15'13"W., 92.42 FEET) ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON TO A POINT OF TANGENCY; THENCE N.89°40'16"W., 24.74 FEET, ALONG THE NORTHERLY RIGHT-OF-WAY LINE OF AVENUE AVIGNON, TO A POINT ON THE WEST BOUNDARY OF THE EAST 1/2 OF SAID SECTION 8; THENCE N.00°19'44"E., 236.69 FEET ALONG SAID EAST BOUNDARY; THENCE S.89°37'35"E., 117.07 FEET; THENCE S.00°22'25"W., 243.72 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - UNPLATTED PARCEL "10"-NORTH OF HOLES 6 & 7

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST NORTHWESTERLY CORNER OF LOT 8, BLOCK 1, CHEVAL POLO AND GOLF CLUB PHASE ONE-A, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 57, PAGE 59, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE S.37°21'15"W., 400.60 FEET ALONG THE NORTH BOUNDARY OF LOT 9, BLOCK 3 OF SAID CHEVAL POLO AND GOLF CLUB PHASE ONE-A; THENCE N.07°06'52"E., 750.37 FEET; THENCE N.87°54'01"E., 28.39 FEET TO THE MOST SOUTHERLY CORNER OF LOT 17, CHATEAUX LOIRE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 71, PAGE 12, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE N.87°54'01"E., 501.61 FEET ALONG THE SOUTHERLY BOUNDARY LINE OF SAID LOT 17 TO THE MOST WESTERLY CORNER OF CHEVAL - WIMBLEDON VILLAGE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 77, PAGE 62, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE SOUTHWESTERLY BOUNDARY OF BLOCK 1, S.28°12'59"E., 505.79 FEET TO THE NORTHERLY BOUNDARY OF BLOCK 1, THENCE N.89°59'25"W., 618.66 FEET ALONG THE NORTHERLY BOUNDARY OF BLOCK 1 TO THE NORTHWEST CORNER OF LOT 9, BLOCK 1 AND THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - HOLES 16, 17 & 18 (FORMERLY HOLES 7, 8 & 9)

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTH RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD, SAID POINT BEING THE SOUTHEAST CORNER OF LOT 9, BLOCK 1, CHEVAL LAKE CLUB VILLAS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 70, PAGE 6, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE N.37°01'38"E., 229.80 FEET ALONG THE EASTERLY BOUNDARY OF SAID LOT 9 TO THE MOST SOUTHEASTERLY CORNER OF BAYONNES AT CHEVAL, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 40, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE EASTERLY AND NORTHERLY BOUNDARY OF LOTS 10 THROUGH 25, INCLUSIVE OF SAID BAYONNES AT CHEVAL THE FOLLOWING EIGHT (8) COURSES: 1) N.37°01'38"E., 270.00 FEET; 2) N.00°30'35"W., 579.52 FEET; 3) N.48°03'00"W., 354.86 FEET; 4) N.20°09'00"E., 408.80 FEET; 5) N.15°42'56"W., 49.96 FEET; 6) N.75°08'00"W., 342.91 FEET; 7) S.68°48'00"W., 509.86 FEET; 8) S.73°06'26"W., 199.96 FEET TO THE NORTHEAST CORNER OF BEAU RIVAGE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 71, PAGE 16, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG THE NORTHERLY AND WESTERLY BOUNDARY OF LOTS 7 THROUGH 21 INCLUSIVE OF BLOCK 1 OF SAID BEAU RIVAGE THE FOLLOWING THREE (3) COURSES: 1) S.74.17'04"W., 1231.23 FEET; 2) S.47°04'32"W., 287.58 FEET; 3) S.01°52'21"E., 492.60 FEET TO THE NORTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE S.88°07'39"W., 62.10 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE TO A POINT OF CURVATURE; THENCE WESTERLY, 65.53 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 330.00 FEET, A CENTRAL ANGLE OF 11°22'41", AND A CHORD BEARING AND DISTANCE OF S.82°26'19"W., 65.43 FEET ALONG SAID NORTHERLY RIGHT-OF-WAY LINE; THENCE N.13°15'02"W., 928.33 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF LUTZ-LAKE FERN ROAD (100' R/W); THENCE ALONG SAID SOUTHERLY RIGHT-OF- WAY LINE THE FOLLOWING FOUR (4) COURSES: NORTHEASTERLY, 84.32 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 1959.91 FEET, A CENTRAL ANGLE OF 02°27'54", AND A CHORD BEARING AND DISTANCE OF N.75°31'01"E., 84.31 FEET, A CENTRAL ANGLE OF 02°27'54", AND A CHORD BEARING AND DISTANCE OF N.75°31'01"E., 84.31 FEET TO A POINT OF TANGENCY; 2) N.74°17'04"E., 2043.34 FEET TO A POINT OF CURVATURE; 3) EASTERLY, 720.79 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 1712.98 FEET, A CENTRAL ANGLE OF 24°06'32", AND A CHORD BEARING AND DISTANCE OF N.86°20'20"E., 715.48 FEET TO A POINT OF TANGENCY; 4) S.81°36'24"E., 71.00 FEET; THENCE S.15°59'25"E., 1890.86 FEET; THENCE S.58°00'35"W., 732.93 FEET TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID NORTHERLY RIGHT-OF-WAY LINE THE FOLLOWING TWO (2) COURSES: 1) NORTHWESTERLY, 149.12 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CENTRAL ANGLE OF 18°10'43", AND A CHORD BEARING AND DISTANCE OF N.37°34'04"W., 148.50 FEET TO A POINT OF REVERSE CURVATURE; 2) NORTHWESTERLY, 141.61 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 530.00 FEET, A CENTRAL ANGLE OF 15°18'31", AND A CHORD BEARING AND DISTANCE OF N.36°07'57"W., 141.19 FEET TO THE POINT OF BEGINNING.

LESS THE FOLLOWING:

THAT PART DEEDED TO HILLSBOROUGH COUNTY AS DESCRIBED IN OFFICIAL RECORDS BOOK 4480, PAGE 1730, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

LESS AND EXCEPT

CHEVAL GOLF COURSE - FUTURE DEVELOPMENT AREA - PARCEL "B"

A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD, SAID POINT BEING THE SOUTHEAST CORNER OF LOT 9, BLOCK 1, CHEVAL LAKE CUB VILLAS, ACCORDING TO THE MAP OR PLAT AS RECORDED IN PLAT BOOK 70, PAGE 6, IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG SAID RIGHT OF WAY LINE ALONG A CURVE TO THE RIGHT WITH AN ARC DISTANCE OF 116.61 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 37°29'58" EAST, 116.09 FEET TO THE POINT OF BEGINNING; THENCE NORTH 58°37'31" EAST A DISTANCE

OF 97.04 FEET TO THE BEGINNING OF A CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 96.98 FEET, HAVING A RADIUS OF 278.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 68°37'10" EAST, 96.49 FEET; THENCE NORTH 78°36'49" EAST, A DISTANCE OF 29.13 FEET TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG AN ARC DISTANCE OF 48.00 FEET, HAVING A RADIUS OF 47.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 49°21'12" EAST, 45.94 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 77.07 FEET, HAVING A RADIUS OF 103.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 41°31'43" EAST, 75.28 FEET; THENCE NORTH 62°57'51" EAST, A DISTANCE OF 13.63 FEET; THENCE NORTH 13°35'37" EAST, A DISTANCE OF 90.54 FEET; THENCE NORTH 09°50'05" EAST, A DISTANCE OF 186.07 FEET; THENCE NORTH 02°37'54" WEST A DISTANCE OF 112.34 FEET; THENCE NORTH 15°59'25" WEST, A DISTANCE OF 54.60 FEET; THENCE NORTH 74°00'35" EAST, A DISTANCE OF 276.28 FEET; THENCE SOUTH 15°59'25" EAST A DISTANCE OF 465.39 FEET; THENCE SOUTH 58°00'35" WEST A DISTANCE OF 732.93 FEET TO A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID RIGHT OF WAY LINE NORTHWESTERLY, 149.12 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CHORD BEARING AND DISTANCE OF NORTH 37°34'04" WEST A DISTANCE OF 148.50 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE LEFT; THENCE ALONG SAID RIGHT-OF-WAY LINE ALONG AN ARC DISTANCE OF 25.29 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 29°50'43" WEST 25.28 FEET, TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - CLUB HOUSE PARCEL

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FROM THE NORTHWEST CORNER OF PARCEL "C", CHATEAUX LOIRE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 71, PAGE 12, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE ALONG THE NORTHWESTERLY BOUNDARY OF SAID TRACT "C", S.45°50'24"W., 28.66 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE ALONG THE NORTHWESTERLY BOUNDARY OF SAID CHATEAUX LOIRE, S.45°50'24"W., 571.34 FEET; THENCE N.44°09'36"W., 315.69 FEET; THENCE N.18°08'47"W., 212.33 FEET; THENCE N.76°47'27"E., 100.00 FEET; THENCE N.35°53'35"W., 280.00 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE SOUTHEASTERLY, 377.88 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 530.00 FEET, A CENTRAL ANGLE OF 40°51'04",AND A CHORD BEARING AND DISTANCE OF S.57°02'30"E., 369.93 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE TO A POINT OF REVERSE CURVATURE; THENCE SOUTHEASTERLY, 125.54 FEET ALONG THE ARC OF A CURVE TO THE LEFT HAVING A RADIUS OF 470.00 FEET, A CENTRAL ANGLE OF 15°18'13", AND A CHORD BEARING AND DISTANCE OF S.69°48'55"E., 125.16 FEET ALONG SAID SOUTHERLY RIGHT-OF-WAY LINE; THENCE S.45°50'24"W., 20.00 FEET; THENCE S.44°09'36"E., 30.00 FEET TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL 'G'
LEGAL DESCRIPTION

A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHWEST CORNER OF PARCEL "C", CHATEAUX LOIRE, ACCORDING TO THE MAP OR PLAT AS RECORDED IN PLAT BOOK 71, PAGE 12, IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE SOUTH 45°50'24" WEST ALONG THE NORTHWESTERLY BOUNDARY OF SAID SUBDIVISION A DISTANCE OF 28.66 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 45°50'24" WEST ALONG THE NORTHWESTERLY BOUNDARY OF SAID SUBDIVISION A DISTANCE OF 571.34 FEET; THENCE NORTH 44°09'36" WEST A DISTANCE OF 152.42 FEET; THENCE NORTH 45°21'02" EAST A

DISTANCE OF 173.40 FEET; THENCE SOUTH 44°42'20" EAST A DISTANCE OF 25.94 FEET; THENCE NORTH 62°59'01" EAST A DISTANCE OF 72.43 FEET; THENCE NORTH 27°53'50" WEST A DISTANCE OF 9.66 FEET; THENCE NORTH 62°43'22" EAST A DISTANCE OF 103.57 FEET' THENCE SOUTH 36°23'58" EAST A DISTANCE OF 19.30 FEET; THENCE NORTH 83°22'39" EAST A DISTANCE OF 34.22 FEET; THENCE NORTH 46°04'20" EAST A DISTANCE OF 63.95 FEET; THENCE NORTH 31°25'06" EAST A DISTANCE OF 142.57 FEET TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD ALSO A POINT ON A CURVE TO THE RIGHT; THENCE ALONG SAID RIGHT OF WAY LINE ALONG AN ARC WITH A DISTANCE OF 54.68 FEET HAVING A RADIUS OF 470.00 FEET HAVING A CHORD BEARING AND DISTANCE OF SOUTH 65°29'54" EAST, 54.65 FEET; THENCE SOUTH 45°50'24" WEST A DISTANCE OF 20.00 FEET; THENCE SOUTH 44°09'36" EAST A DISTANCE OF 30.00 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - TENNIS FACILITIES

DESCRIPTION: A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THAT PORTION OF TRACT "B" LYING EASTERLY OF AND ADJACENT TO LOT 17, BLOCK 2, CHEVAL - WIMBLEDON VILLAGE ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 77, PAGE 62, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA AND RUN THENCE ALONG THE EASTERLY BOUNDARY OF LOTS 1 THROUGH 17 INCLUSIVE AND TRACT "B" ALL IN BLOCK 2 OF SAID CHEVAL - WIMBLEDON VILLAGE THE FOLLOWING FIVE (5) COURSES: 1) S.84°10'43"W., 392.17 FEET; 2) N.49°22'02"W., 156.00 FEET; 3) N.03°09'20"W., 279.61 FEET; 4) N.49°30'48"E., 343.28 FEET; 5) N.68°44'11"E., 146.80 FEET TO A POINT ON THE WESTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD; THENCE SOUTHERLY, 642.55 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 930.00 FEET, A CENTRAL ANGLE OF 39°35'12", AND A CHORD BEARING AND DISTANCE OF S.11°32'36"E., 629.85 FEET, ALONG THE WESTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD TO THE POINT OF BEGINNING.

LESS AND EXCEPT

PARCEL 'E'
LEGAL DESCRIPTION

A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT A POINT ON THE WESTERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD, SAID POINT BEING THE SOUTHEAST CORNER OF TRACT "B" LYING EASTERLY OF AND ADJACENT TO LOT 1, BLOCK 2, CHEVAL - WIMBLEDON VILLAGE, ACCORDING TO THE MAP OR PLAT AS RECORDED IN PLAT BOOK 77, PAGE 62, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG SAID RIGHT OF WAY LINE ALONG A CURVE TO THE RIGHT WITH AN ARC DISTANCE OF 287.76 FEET HAVING A RADIUS OF 930.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 22°28'21" EAST, 286.61 FEET; THENCE SOUTH 84°48'46" WEST A DISTANCE OF 80.41 FEET; THENCE SOUTH 06°12'54" EAST A DISTANCE OF 43.43 FEET; THENCE SOUTH 83°50'06" WEST A DISTANCE OF 127.53 FEET; THENCE NORTH 06°37'35" WEST A DISTANCE OF 168.68 FEET; THENCE NORTH 41°33'04" WEST A DISTANCE OF 98.36 FEET TO A POINT ON THE SOUTHERLY BOUNDARY OF LOT 3, BLOCK 2 IN SAID SUBDIVISION; THENCE NORTH 49°30'48" WEST ALONG THE SOUTHERLY BOUNDARY OF LOTS 3 AND 2, BLOCK 2 IN SAID SUBDIVISION A DISTANCE OF 53.28 FEET; THENCE NORTH 68°44'11" EAST ALONG THE SOUTHERLY BOUNDARY OF LOTS 2 AND 3 AND SAID TRACT "B" A DISTANCE OF 146.80 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH

CHEVAL GOLF COURSE - FUTURE DEVELOPMENT AREA - PARCEL "B"

A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD, SAID POINT BEING THE SOUTHEAST CORNER OF LOT 9, BLOCK 1, CHEVAL LAKE CUB VILLAS, ACCORDING TO THE MAP OR PLAT AS RECORDED IN PLAT BOOK 70, PAGE 6, IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG SAID RIGHT OF WAY LINE ALONG A CURVE TO THE RIGHT WITH AN ARC DISTANCE OF 116.61 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 37°29'58" EAST, 116.09 FEET TO THE POINT OF BEGINNING; THENCE NORTH 58°37'31" EAST A DISTANCE OF 97.04 FEET TO THE BEGINNING OF A CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 96.98 FEET, HAVING A RADIUS OF 278.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 68°37'10" EAST, 96.49 FEET; THENCE NORTH 78°36'49" EAST, A DISTANCE OF 29.13 FEET TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG AN ARC DISTANCE OF 48.00 FEET, HAVING A RADIUS OF 47.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 49°21'12" EAST, 45.94 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 77.07 FEET, HAVING A RADIUS OF 103.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 41°31'43" EAST, 75.28 FEET; THENCE NORTH 62°57'51" EAST, A DISTANCE OF 13.63 FEET; THENCE NORTH 13°35'37" EAST, A DISTANCE OF 90.54 FEET; THENCE NORTH 09°50'05" EAST, A DISTANCE OF 186.07 FEET; THENCE NORTH 02°37'54" WEST A DISTANCE OF 112.34 FEET; THENCE NORTH 15°59'25" WEST, A DISTANCE OF 54.60 FEET; THENCE NORTH 74°00'35" EAST, A DISTANCE OF 276.28 FEET; THENCE SOUTH 15°59'25" EAST A DISTANCE OF 465.39 FEET; THENCE SOUTH 58°00'35" WEST A DISTANCE OF 732.93 FEET TO A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID RIGHT OF WAY LINE NORTHWESTERLY, 149.12 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CHORD BEARING AND DISTANCE OF NORTH 37°34'04" WEST A DISTANCE OF 148.50 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE LEFT; THENCE ALONG SAID RIGHT-OF-WAY LINE ALONG AN ARC DISTANCE OF 25.29 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 29°50'43" WEST 25.28 FEET, TO THE POINT OF BEGINNING.

EXHIBIT "A-1"

A PARCEL OF LAND LYING IN THE SOUTHEAST 1/4 OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF THE SOUTHEAST 1/4 OF SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST; THENCE NORTH 00°36'16" EAST, ALONG THE EAST BOUNDARY OF SAID SECTION 9, A DISTANCE OF 1394.85 FEET TO THE NORTHEAST CORNER OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SAID SECTION 9 ALSO BEING THE POINT OF BEGINNING; THENCE NORTH 89°22'13" WEST A DISTANCE OF 25.00 FEET; THENCE NORTH 00°36'16" EAST PARALLEL WITH THE EAST BOUNDARY OF SAID SECTION 9, A DISTANCE OF 501.74 FEET; THENCE NORTH 89°56'03" WEST A DISTANCE OF 132.13 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF CHEVAL BOULEVARD PER PLAT BOOK 51, PAGE 59 IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA; THENCE ALONG A CURVE TO THE RIGHT ALONG SAID RIGHT-OF-WAY LINE WITH AN ARC DISTANCE OF 540.70 FEET, HAVING A RADIUS OF 990.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 00°34'14" WEST, 534.01 FEET; THENCE SOUTH 89°56'03" EAST A DISTANCE OF 146.19 FEET TO THE POINT OF BEGINNING.

AND

CHEVAL GOLF COURSE - FUTURE DEVELOPMENT AREA - PARCEL "B"

A PARCEL OF LAND LYING IN SECTION 9, TOWNSHIP 27 SOUTH, RANGE 18 EAST, HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD, SAID POINT BEING THE SOUTHEAST CORNER OF LOT 9, BLOCK 1, CHEVAL LAKE CUB VILLAS, ACCORDING TO THE MAP OR PLAT AS RECORDED IN PLAT BOOK 70, PAGE 6, IN THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA;

THENCE ALONG SAID RIGHT OF WAY LINE ALONG A CURVE TO THE RIGHT WITH AN ARC DISTANCE OF 116.61 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 37°29'58" EAST, 116.09 FEET TO THE POINT OF BEGINNING; THENCE NORTH 58°37'31" EAST A DISTANCE OF 97.04 FEET TO THE BEGINNING OF A CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 96.98 FEET, HAVING A RADIUS OF 278.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 68°37'10" EAST, 96.49 FEET; THENCE NORTH 78°36'49" EAST, A DISTANCE OF 29.13 FEET TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG AN ARC DISTANCE OF 48.00 FEET, HAVING A RADIUS OF 47.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 49°21'12" EAST, 45.94 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE RIGHT; THENCE ALONG AN ARC DISTANCE OF 77.07 FEET, HAVING A RADIUS OF 103.00 FEET AND A CHORD BEARING AND DISTANCE OF NORTH 41°31'43" EAST, 75.28 FEET; THENCE NORTH 62°57'51" EAST, A DISTANCE OF 13.63 FEET; THENCE NORTH 13°35'37" EAST, A DISTANCE OF 90.54 FEET; THENCE NORTH 09°50'05" EAST, A DISTANCE OF 186.07 FEET; THENCE NORTH 02°37'54" WEST A DISTANCE OF 112.34 FEET; THENCE NORTH 15°59'25" WEST, A DISTANCE OF 54.60 FEET; THENCE NORTH 74°00'35" EAST, A DISTANCE OF 276.28 FEET; THENCE SOUTH 15°59'25" EAST A DISTANCE OF 465.39 FEET; THENCE SOUTH 58°00'35" WEST A DISTANCE OF 732.93 FEET TO A POINT ON THE NORTHERLY RIGHT OF WAY LINE OF CHEVAL BOULEVARD; THENCE ALONG SAID RIGHT OF WAY LINE NORTHWESTERLY, 149.12 FEET ALONG THE ARC OF A CURVE TO THE RIGHT HAVING A RADIUS OF 470.00 FEET, A CHORD BEARING AND DISTANCE OF NORTH 37°34'04" WEST A DISTANCE OF 148.50 FEET TO THE BEGINNING OF A REVERSE CURVE TO THE LEFT; THENCE ALONG SAID RIGHT-OF-WAY LINE ALONG AN ARC DISTANCE OF 25.29 FEET HAVING A RADIUS OF 530.00 FEET AND A CHORD BEARING AND DISTANCE OF SOUTH 29°50'43" WEST 25.28 FEET, TO THE POINT OF BEGINNING.

## EXHIBIT B

"Borrower" refers to Black Horse Ventures Limited Partnership.

"Secured Party" refers to MFC Real Estate, LLC.

"Property" refers to the real property described in Exhibit A.

"Improvements" refers to all buildings, structures and other improvements now or hereafter located on the Property or offsite in connection with any such property.

---

Fixtures.  All Equipment now owned, or the ownership of which is hereafter acquired, by Borrower which is so related to the Land and Improvements forming part of the Property that it is deemed fixtures or real property under the law of the particular state in which the Equipment is located, including, without limitation, all building or construction materials intended for construction, reconstruction, alteration or repair of or installation on the property, construction equipment, appliances, machinery, plant equipment, fittings, apparatuses, fixtures and other items now or hereafter attached to, installed in or used in connection with (temporarily or permanently) any of the Improvements or the Land, including, but not limited to, engines, devices for the operation of pumps, pipes, plumbing, call and sprinkler systems, fire extinguishing apparatuses and equipment, heating, ventilating, incinerating, electrical, air conditioning and air cooling equipment and systems; gas and electric machinery, appurtenances and equipment, pollution control equipment, security systems, disposals, dishwashers, refrigerators and ranges, recreational equipment and facilities of all kinds, and water, gas, electrical, storm and sanitary sewer facilities, utility lines and equipment (whether owned individually or jointly with others, and, if owned jointly, to the extent of Borrower's interest therein) and all other utilities whether or not situated in easements, all water tanks, water supply, water power sites, fuel stations, fuel tanks, fuel supply, and all other structures, together with all accessions, appurtenances, additions, replacements, betterments and substitutions for any of the foregoing and the proceeds thereof (collectively, the "Fixtures");

Equipment.  All "equipment," as such term is defined in Article 9 of the Uniform Commercial Code (as hereinafter defined), now owned or hereafter acquired by Borrower, which is used at or in connection with the Improvements or the Land or is located thereon or therein (including, but not limited to, all machinery, equipment, furnishings, and electronic data processing and other office equipment now owned or hereafter acquired by Borrower and any and all additions, substitutions and replacements of any of the foregoing), together with all attachments, components, parts, equipment and accessories installed thereon or affixed thereto (collectively, the "Equipment"). Notwithstanding the foregoing, Equipment shall not include any property belonging to contractors or subcontractors except to the extent that Borrower shall have any right or interest therein; and

Personal Property.  All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses, certificates and permits, and all other personal property of any kind or character whatsoever as defined in and subject to the provisions of the Uniform Commercial Code (as hereinafter defined), whether tangible or intangible, other than Fixtures, which are now or hereafter owed by Borrower and which are located within or about the Land and the Improvements, together with all accessories,

replacements and substitutions thereto or therefor and the proceeds thereof (collectively, the "Personal Property"), and the right, title, and interest of Borrower in and to any of the Personal Property which may be subject to any security interests, as defined in the Uniform Commercial Code, as adopted and enacted by the state or states where any of the Property is located (the "Uniform Commercial Code"), superior in lien to the lien of this Mortgage and all proceeds and products of the above.