UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MFC REAL ESTATE LLC,

    **Plaintiff,**

vs.                                                    Case No. 8:12-cv-317-T-27TGW

BLACK HORSE VENTURES L.P., et al.,

    **Defendants.**
_____/

## ORDER CONFIRMING FORECLOSURE SALE

Before the court is Plaintiff Ace Cheval, Inc.'s (successor by assignment by MFC Real Estate LLC) Motion for Confirmation of Sale and for Order Approving Report of Special Master (Dkt. 112). Upon consideration, the motion is GRANTED.

The Special Master's Amended and Revised Special Master's Report of Sale (Dkt. 111) is approved. The Special Master advertised the time, place and terms of sale and in accordance with the Final Judgment, Order Appointing Special Master and Amended Notice of Foreclosure Sale (Dkt. 108), did on November 13, 2015 at 10:00 a.m., offer for sale, at public sale to the highest and best bidder, a portion of the property described on Exhibits A & B to the Judgment, which is described on Exhibits A & B to the Special Master's Deed (the "Property"). The Property was sold to Ace Cheval, Inc. as the highest and best bidder for the sum of $100.00. The Special Master has made separate arrangements with Plaintiff for payment of the costs of sale and her fee.

Accordingly,

1. The sale of the Property is approved and confirmed.

2. The Special Master is directed to make, execute and deliver to Plaintiff a Special Master's Deed in the form attached hereto as Exhibit 1, conveying to Plaintiff title to the Property. Thereafter,

1

the Special Master shall stand discharged and her fee shall be paid by the Plaintiff. The Special Master's Deed shall be recorded in the public records of Hillsborough County, Florida, with Plaintiff paying any recording fees and any documentary stamp taxes due.

3. Defendants and all persons, firms and corporations claiming any interest in or claims on or to the Property by, through or under the Defendants or otherwise since the filing of the Lis Pendens herein, shall forthwith let and allow Plaintiff into quiet and peaceful possession of the Property, and Plaintiff is authorized and directed to enter into immediate physical possession of the Property.

**DONE and ORDERED** this  7th  day of December, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies furnished to: Counsel of Record